UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE MILTON, | No. C 09-04248 JCS |
| Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| v. | |
| AMERICAN HOME MORTGAGE, | |
| Defendant(s). | |

Pursuant to Civil L.R. 16-2, a case management conference was scheduled on January 8, 2010, at 1;30 p.m., before this Court in the above-entitled case. Plaintiff was not present. Defendant was not present.

IT IS HEREBY ORDERED that Plaintiff appear on **February 5, 2010, at 1:30 p.m.,** before Magistrate Judge Joseph C. Spero, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiff's failure to prosecute this action, failure to comply with the Court's September 14, 2009 Order, and failure to appear at the case management conference on January 8, 2010. A case management conference is also scheduled for February 5, 2010, at 1:30 p.m.

IT IS SO ORDERED.

Dated: January 11, 2010

_____
JOSEPH C. SPERO
United States Magistrate Judge